| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2017 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) McAuliffe, Steven J. | 2. Court or Organization U.S. District Court - New Hampshire | 3. Date of Report 03/23/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge (Senior) | 5a. Report Type (check appropriate type) ☐ Nomination   Date ☐ Initial  ☑ Annual  ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2017 to 12/31/2017 |

**7. Chambers or Office Address**

Warren B. Rudman U.S. Courthouse
55 Pleasant Street, Room 416
Concord, N.H. 03301

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Fellow | New Hampshire Bar Foundation |
| 2. | Director | Challenger Center for Space Science Education |
| 3. | Trustee | Trust #1 |
| 4. | Partner | Piglet (Neighborhood Investment Club) |
| 5. | Member | Shumac, LLC |
| 6. | Member | Pleasant Lake Cottages, LLC |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McAuliffe, Steven J. | 03/23/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | UBS | Account Secured Premier Credit Line | O |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McAuliffe, Steven J. | 03/23/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Accts Merrimack County Savings Bank | A | Interest | J | T | | | | | |
| 2. IRA American Funds: Investment Company of America | B | Dividend | M | T | | | | | |
| 3. IRA American Funds: Washington Mutual Investors Fund | A | Dividend | K | T | | | | | |
| 4. ExxonMobil Corp | A | Dividend | J | T | | | | | |
| 5. UBS Retirement Money Fund (UBS Bank USA Dep Acct) | A | Interest | J | T | | | | | |
| 6. Piglet Investment Club Partnership Shares (See Part VIII) | A | Interest | L | T | | | | | |
| 7. -UBS RMA Cash Account | A | Interest | L | T | | | | | |
| 8. -Facebook Inc | A | Dividend | | | Sold | 11/17/17 | K | D | |
| 9. -Autodesk Inc | A | Dividend | | | Sold | 11/17/17 | J | C | |
| 10. -Exact Sciences Corp | | None | | | Sold | 11/17/17 | J | B | |
| 11. -NXP Semiconductors | A | Dividend | | | Sold | 11/17/17 | J | A | |
| 12. -Apple Inc | A | Dividend | | | Sold | 11/17/17 | J | B | |
| 13. -Amazon | | None | | | Sold | 11/17/17 | K | D | |
| 14. -Gilead | A | Dividend | | | Sold | 11/17/17 | J | A | |
| 15. -Skyworks Solar | A | Dividend | | | Sold | 11/17/17 | J | A | |
| 16. -General Electric | A | Dividend | | | Sold | 06/07/17 | J | A | |
| 17. -Electronic Arts Inc | | None | | | Sold | 11/17/17 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McAuliffe, Steven J. | 03/23/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Tesla | | None | | | Sold | 11/17/17 | J | A | |
| 19. -Corning Inc | | None | | | Buy | 10/04/17 | J | | |
| 20. -Corning Inc | | None | | | Sold | 11/17/17 | J | A | |
| 21. -Editas Med Inc | | None | | | Buy | 04/05/17 | J | | |
| 22. -Editas Med Inc | | None | | | Sold | 11/17/17 | J | A | |
| 23. -Regeneron Pharm Inc | | None | | | Buy | 07/06/17 | J | | |
| 24. -Regeneron Pharm Inc | | None | | | Sold | 11/17/17 | J | A | |
| 25. -Trex Co Inc | | None | | | Buy | 03/08/17 | J | | |
| 26. -Trex Co Inc | | None | | | Sold | 11/17/17 | J | A | |
| 27. CVS Health Corp. | A | Dividend | | | Sold | 10/30/17 | J | A | |
| 28. IRA iShares Russell Fund | B | Dividend | K | T | | | | | |
| 29. IRA Midcap SPDR TR | B | Dividend | L | T | | | | | |
| 30. UBS Bank USA Dep Acct | A | Dividend | L | T | | | | | |
| 31. Merrimack County Savings Bank NOW Acct (2) | A | Interest | J | T | | | | | |
| 32. Enterprise Products Partners LP | B | Dividend | K | T | | | | | |
| 33. iShares TR Russell 2000 Index Fund | B | Dividend | L | T | | | | | |
| 34. IRA iShares Russell Midcap | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McAuliffe, Steven J. | 03/23/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. iShares Trust Russell Midcap Growth Index Fund | A | Dividend | K | T | | | | | |
| 36. Apple Inc | B | Dividend | K | T | | | | | |
| 37. Northern Trust Prime Obligation Fund 9/1 | A | Dividend | J | T | | | | | |
| 38. Simon Property Group Inc | B | Dividend | K | T | | | | | |
| 39. Florida St Brd Ed Pub Ed Cap | B | Interest | | | Sold | 10/02/17 | K | A | |
| 40. iShares iBoxx Invt Grade DE Corp Bond Fund | B | Dividend | K | T | | | | | |
| 41. Fairfax Cty VA Pub Ser A | B | Interest | K | T | | | | | |
| 42. First Colebrook Bank | A | Dividend | J | T | | | | | |
| 43. Danaher Corp | A | Dividend | J | T | | | | | |
| 44. Alphabet Inc. CL A | A | Dividend | J | T | | | | | |
| 45. JP Morgan Chase & Company | A | Dividend | J | T | | | | | |
| 46. Starbucks Corp | A | Dividend | J | T | | | | | |
| 47. TJX Companies Inc | A | Dividend | J | T | | | | | |
| 48. VISA Inc | B | Dividend | K | T | | | | | |
| 49. Alphabet Inc. CL A and CL C | A | Dividend | K | T | | | | | |
| 50. Home Depot Inc | A | Dividend | L | T | | | | | |
| 51. Henderson Global Equity | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McAuliffe, Steven J. | 03/23/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. iShares Trust Russell 1000 | A | Dividend | K | T | | | | | |
| 53. Celgene Corp | B | Dividend | J | T | | | | | |
| 54. Chubb Ltd | A | Dividend | K | T | | | | | |
| 55. Henderson Global FDS Euro | A | Dividend | K | T | | | | | |
| 56. Washington Prime Group Inc Com (Name Changed to WP Glimcher Inc REIT) | A | Dividend | J | T | | | | | |
| 57. Biogen Inc | A | Dividend | K | T | | | | | |
| 58. British American Tobacco PLC | A | Dividend | K | T | | | | | |
| 59. HCA Holdings Inc | B | Dividend | K | T | | | | | |
| 60. Parexel International Corp | A | Dividend | | | Sold | 10/02/17 | K | D | |
| 61. Veritiv Corp Com | | None | J | T | | | | | |
| 62. SPDR S&P MidCap 400 ETF TR | C | Dividend | M | T | | | | | |
| 63. Technology Sector SPDR Trust SHS | B | Dividend | L | T | | | | | |
| 64. Johnson County Kansas Water District #1 Bond | A | Interest | K | T | | | | | |
| 65. Brentwood Tennessee G.O. Bond | A | Interest | K | T | | | | | |
| 66. Minn St Colleges & SR A Revenue Bond | A | Interest | K | T | | | | | |
| 67. Vermont Municipal Bond Bank SRL Revenue Bond | A | Interest | K | T | | | | | |
| 68. Pimco Real Return Fund Class A | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McAuliffe, Steven J. | 03/23/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Calamos Market Neutral Income Fund Class A | B | Dividend | K | T | | | | | |
| 70. First Eagle Global Fund Class A | B | Dividend | K | T | | | | | |
| 71. IRA Henderson Global Investors European Focus Fund | C | Dividend | L | T | | | | | |
| 72. Shumac LLC 50% Int (Holds Lake Property in Merrimack County, NH) | | None | N | W | | | | | |
| 73. Pleasant Lake Cottages, LLC (Real Estate) | | None | O | W | | | | | |
| 74. R.P. Jobin, Personal Loan | | None | K | T | | | | | |
| 75. Verizon Communications Inc | A | Dividend | J | T | | | | | |
| 76. Walgreens Boots Alliance Inc. | A | Dividend | | | Sold | 10/30/17 | J | A | |
| 77. PNC Financial Services Group | A | Dividend | J | T | | | | | |
| 78. PepsiCo Inc | A | Dividend | J | T | | | | | |
| 79. Salesforce.com Inc | | None | J | T | | | | | |
| 80. Thermo Fisher Scientific Inc | A | Dividend | J | T | | | | | |
| 81. UnitedHealth Group | A | Dividend | J | T | | | | | |
| 82. FedEx Corp | A | Dividend | | | Sold | 02/07/17 | J | A | |
| 83. General Electric Company | A | Dividend | | | Sold | 07/27/17 | J | A | |
| 84. Gilead Sciences Inc | A | Dividend | J | T | | | | | |
| 85. Microsoft Corp | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McAuliffe, Steven J. | 03/23/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Nike Inc Class B | A | Dividend | | | Sold | 01/19/17 | J | A | |
| 87. Berkshire Hathaway Inc | | None | J | T | | | | | |
| 88. Chubb Ltd | A | Dividend | J | T | | | | | |
| 89. Costco Wholesale Corp | A | Dividend | J | T | | | | | |
| 90. Dominion Resources Inc | A | Dividend | J | T | | | | | |
| 91. SPDR S&P Midcap 600 | A | Dividend | K | T | | | | | |
| 92. Ecolab, Inc | A | Dividend | J | T | | | | | |
| 93. Medtronic Holding Ltd | A | Dividend | J | T | | | | | |
| 94. Chipotle Mexican Grill | A | Dividend | | | Sold | 07/27/17 | J | A | |
| 95. Vanguard REIT ETF | A | Dividend | J | T | | | | | |
| 96. Facebook Inc | A | Dividend | J | T | | | | | |
| 97. Broadcom Ltd | A | Dividend | J | T | | | | | |
| 98. Dentsply Sirona Inc | A | Dividend | | | Sold | 10/30/17 | J | | |
| 99. Dollar General Corp | A | Dividend | | | Sold | 03/22/17 | J | A | |
| 100. Hess Corp | A | Dividend | J | T | | | | | |
| 101. Home Depot Inc | A | Dividend | J | T | | | | | |
| 102. Northrop Grumman Corp | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  Praxair Inc | A | Dividend | | | Sold | 01/19/17 | J | A | |
| 104.  Raytheon Co | A | Dividend | J | T | | | | | |
| 105.  Ivy Intnl Core Equity | A | Dividend | L | T | | | | | |
| 106.  Hasbro Inc | A | Dividend | | | Sold | 09/14/17 | J | A | |
| 107.  Vanguard Midcap ETF | B | Dividend | L | T | | | | | |
| 108.  Pentair PLC | A | Dividend | J | T | | | | | |
| 109.  Kraft Heinz Co | A | Dividend | J | T | | | | | |
| 110.  TE Connectivity Ltd | A | Dividend | J | T | | | | | |
| 111.  KeyCorp New | A | Dividend | J | T | | | | | |
| 112.  Digital Realty Trust | A | Dividend | J | T | | | | | |
| 113.  Merck & Co New | A | Dividend | J | T | | | | | |
| 114.  Fortive Corp | A | Dividend | J | T | | | | | |
| 115.  Affiliated Mgrs Grp | A | Dividend | J | T | | | | | |
| 116.  Ameriprise Fin Inc | A | Dividend | J | T | | | | | |
| 117.  Schlumberger Ltd | A | Dividend | | | Sold | 01/19/17 | J | A | |
| 118.  Union Pacific Corp | A | Dividend | J | T | | | | | |
| 119.  Bioverativ Inc Spin Off from Biogen Inc (line 49) | A | Dividend | J | T | Spinoff (from line 57) | 02/02/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McAuliffe, Steven J. | 03/23/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Amazon Inc | A | Dividend | J | T | Buy | 10/30/17 | J | | |
| 121. American Tower Corp | A | Dividend | J | T | Buy | 10/30/17 | J | | |
| 122. Allergan PLC | A | Dividend | J | T | Buy | 10/30/17 | J | | |
| 123. Eaton Corp PLC | A | Dividend | J | T | Buy | 10/30/17 | J | | |
| 124. Priceline Group Inc | A | Dividend | J | T | Buy | 11/14/17 | J | | |
| 125. Altria Group Inc | A | Dividend | J | T | Buy | 09/14/17 | J | | |
| 126. Caterpillar Inc | A | Dividend | J | T | Buy | 04/12/17 | J | | |
| 127. Conoco Phillips | A | Dividend | J | T | Buy | 01/19/17 | J | | |
| 128. Halliburton Co | A | Dividend | J | T | Buy | 01/19/17 | J | | |
| 129. Oppenheimer Dev Mkts | A | Dividend | K | T | Buy | 04/13/17 | K | | |
| 130. Harley-Davidson Inc | A | Dividend | | | Buy | 01/19/17 | J | | |
| 131. Harley-Davidson Inc | A | Dividend | | | Sold | 07/27/17 | J | A | |
| 132. C.F. Industries Holdings Inc | A | Dividend | | | Buy | 01/19/17 | J | | |
| 133. C.F. Industries Holdings Inc | A | Dividend | | | Sold | 11/27/17 | J | A | |
| 134. Tractor Supply Co | A | Dividend | | | Buy | 06/30/17 | J | | |
| 135. Tractor Supply Co | A | Dividend | | | Sold | 10/30/17 | J | A | |
| 136. Northern Trust Prime Obligation Fund 9/1 [C] | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| McAuliffe, Steven J. | 03/23/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Apple Inc [C] | B | Dividend | K | T | | | | | |
| 138. Colgate-Palmolive Company [C] | A | Dividend | J | T | | | | | |
| 139. Danaher Corp [C] | B | Dividend | K | T | | | | | |
| 140. JP Morgan Chase & Company [C] | A | Dividend | K | T | | | | | |
| 141. Nike Inc [C] | | None | | | Sold | 01/19/17 | J | A | |
| 142. Oracle Corp [C] | A | Dividend | K | T | | | | | |
| 143. UnitedHealth Group [C] | A | Dividend | L | T | | | | | |
| 144. UBS Pace Money Market Investments Fund Class P [K] | A | Dividend | J | T | | | | | |
| 145. F. Templeton Global Bond A [K] | A | Dividend | J | T | | | | | |
| 146. Arbitrage Fund [K] | A | Dividend | J | T | | | | | |
| 147. BlackRock Equity Dividend Fund [K] | B | Dividend | J | T | | | | | |
| 148. Calamos Market Neutral Income Fund [K] | A | Dividend | J | T | | | | | |
| 149. Calamos International Growth Fund [K] | A | Dividend | J | T | | | | | |
| 150. Dreyfus Small Cap Value Fund [K] | A | Dividend | J | T | | | | | |
| 151. Natixis Loomis Sayles Core Plus Bond Fund [K] | A | Dividend | J | T | | | | | |
| 152. Royce Premier Fund [K] | A | Dividend | J | T | | | | | |
| 153. Laudus Growth Inv US Large Cap Fund [K] | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McAuliffe, Steven J. | 03/23/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. UBS Pimco College Fund 529(1) [K] | A | Interest | J | T | | | | | |
| 155. UBS Pimco College Fund 529(2) [K] | A | Interest | K | T | | | | | |
| 156. Fidelity Advisor Materials Fund Class A [K] | A | Dividend | J | T | | | | | |
| 157. Invesco Developing Markets Fund Class A [K] | A | Dividend | J | T | | | | | |
| 158. Oakmark International Fund [K] | A | Dividend | J | T | | | | | |
| 159. Delaware Corporate Bond Fund A [K] | A | Dividend | J | T | | | | | |
| 160. Ivy High Income Fund [K] | A | Dividend | J | T | | | | | |
| 161. Metropolitan West Total Return Bond Fund [K] | A | Dividend | J | T | | | | | |
| 162. Pimco Real Return Fund [K] | A | Dividend | J | T | | | | | |
| 163. Virtus Seix High Grade Municipal Bd Fd (frmrly "Ridgeworth") [K] | A | Dividend | J | T | | | | | |
| 164. T. Rowe Price Tax Free Short Intermediate Fund [K] | A | Dividend | J | T | | | | | |
| 165. TCW Emerging Markets Income Fund [K] | A | Dividend | J | T | | | | | |
| 166. MainStay Marketfield Fund [K] | A | Dividend | J | T | | | | | |
| 167. First Eagle Global Fund [K] | A | Dividend | J | T | | | | | |
| 168. BlackRock Equity Dividend Fund A [C] | A | Dividend | K | T | | | | | |
| 169. Harbor International Fund Investor Class [C] | A | Dividend | J | T | | | | | |
| 170. Henderson Global Investors International Opportunities Fund A [C] | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Voya Global Real Estate Fund Class A [C] (Name Change) | A | Dividend | J | T | | | | | |
| 172. John Hancock Large Cap Equity Fund Class A [C] | A | Dividend | K | T | | | | | |
| 173. Neuberger Berman Genesis Fund Investor Class [C] | A | Dividend | J | T | | | | | |
| 174. Oppenheimer Developing Markets Fund Class Y [C] | A | Dividend | J | T | | | | | |
| 175. Royce Premier Fund [C] | A | Dividend | J | T | | | | | |
| 176. F. Templeton Global Bond A [C] | A | Interest | K | T | | | | | |
| 177. Pimco Total Return Fund Class P [C] | B | Dividend | K | T | | | | | |
| 178. Wilmington Short/Intermediate-Term Bond Fund [C] | B | Dividend | K | T | | | | | |
| 179. Aberdeen Equity Long-Short Fund Class A [C] | A | Dividend | J | T | | | | | |
| 180. JP Morgan Multi-cap Market Neutral Fund [C] | A | Dividend | J | T | | | | | |
| 181. Van Eck Global Hard Assets Fund Class A [C] | A | Dividend | J | T | | | | | |
| 182. Celgene Corp [C] | B | Dividend | K | T | | | | | |
| 183. Berkshire Hathaway Inc [C] | | None | J | T | | | | | |
| 184. Chubb Ltd [C] | A | Dividend | J | T | | | | | |
| 185. Costco Wholesale Corp [C] | A | Dividend | J | T | | | | | |
| 186. Dominion Resources [C] | A | Dividend | J | T | | | | | |
| 187. ExxonMobil Corp [C] | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. General Electric Company [C] | A | Dividend | | | Sold | 07/27/17 | J | A | |
| 189. PNC Financial Services Group [C] | A | Dividend | J | T | | | | | |
| 190. PepsiCo Inc [C] | A | Dividend | J | T | | | | | |
| 191. TJX Companies [C] | A | Dividend | J | T | | | | | |
| 192. Verizon Communications Inc [C] | A | Dividend | J | T | | | | | |
| 193. Walgreens Boots Alliance, Inc [C] | A | Dividend | | | Sold | 10/30/17 | J | A | |
| 194. Ameriprise Fin Inc [C] | A | Dividend | J | T | | | | | |
| 195. Broadcom Ltd [C] | A | Dividend | J | T | | | | | |
| 196. Ecolab Inc [C] | A | Dividend | J | T | | | | | |
| 197. Facebook Inc [C] | | None | J | T | | | | | |
| 198. Vanguard Mid Cap FD [C] | B | Dividend | L | T | | | | | |
| 199. Vanguard REIT ETF [C] | A | Dividend | K | T | | | | | |
| 200. Dollar General Corp [C] | A | Dividend | | | Sold | 03/22/17 | J | A | |
| 201. Affiliated Mgrs Group [C] | A | Dividend | J | T | | | | | |
| 202. Chipotle Mexican Grill [C] | A | Dividend | | | Sold | 07/27/17 | J | A | |
| 203. Digital Realty Trust Inc [C] | | None | J | T | | | | | |
| 204. Hasbro Inc [C] | A | Dividend | | | Sold | 08/24/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Hess Corp [C] | A | Dividend | J | T | | | | | |
| 206. KeyCorp New [C] | A | Dividend | J | T | | | | | |
| 207. Kraft Heinz Co [C] | A | Dividend | J | T | | | | | |
| 208. Northrop Grumman Corp [C] | A | Dividend | J | T | | | | | |
| 209. Pentair PLC [C] | A | Dividend | J | T | | | | | |
| 210. Praxair Inc [C]s | | None | | | Sold | 01/19/17 | J | A | |
| 211. Raytheon Co [C] | A | Dividend | J | T | | | | | |
| 212. Home Depot Inc [C] | A | Dividend | J | T | | | | | |
| 213. Union Pacific Corp [C] | A | Dividend | J | T | | | | | |
| 214. SPDR S&P 600 Small Cap [C] | A | Dividend | K | T | | | | | |
| 215. Ivy Intnl Core Equity [C] | A | Dividend | M | T | | | | | |
| 216. Oppenheimier Dev Mkts [C] | A | Dividend | K | T | | | | | |
| 217. Starbucks Corp [C] | A | Dividend | J | T | | | | | |
| 218. Visa Inc [C] | A | Dividend | J | T | | | | | |
| 219. Fortive Corp [C] | A | Dividend | J | T | | | | | |
| 220. Conoco Phillips [C] | A | Dividend | J | T | Buy | 01/19/17 | J | | |
| 221. Halliburton Co [C] | A | Dividend | J | T | Buy | 01/19/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. Amazon Inc [C] | A | Dividend | J | T | Buy | 01/19/17 | J | | |
| 223. Caterpillar Inc [C] | A | Dividend | J | T | Buy | 04/12/17 | J | | |
| 224. Altria Group Inc [C] | A | Dividend | J | T | Buy | 09/14/17 | J | | |
| 225. Eaton Corp PLC [C] | A | Dividend | J | T | Buy | 10/30/17 | J | | |
| 226. Priceline Group Inc [C] | A | Dividend | J | T | Buy | 11/14/17 | J | | |
| 227. American Tower Corp [C] | A | Dividend | J | T | Buy | 10/30/17 | J | | |
| 228. Alergen PLC [C] | A | Dividend | J | T | Buy | 10/30/17 | J | | |
| 229. C.F. Industries Holdings Inc [C] | A | Dividend | | | Buy | 01/19/17 | J | | |
| 230. C.F. Industries Holdings Inc [C] | A | Dividend | | | Sold | 11/27/17 | J | A | |
| 231. Harley-Davidson Inc [C] | A | Dividend | | | Buy | 01/19/17 | J | | |
| 232. Harley-Davison Inc [C] | A | Dividend | | | Sold | 07/27/17 | J | A | |
| 233. Tractor Supply Co [C] | A | Dividend | | | Buy | 06/30/17 | J | | |
| 234. Tractor Supply Co [C] | A | Dividend | | | Sold | 10/30/17 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McAuliffe, Steven J. | 03/23/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART VII. INVESTMENTS AND TRUSTS.

Trust #1 assets are listed in Part VII, identified by the designation "[C]."

PART VII. INVESTMENTS AND TRUSTS.

Line 7. Piglet Investment Club Partnership - Aggregated (specific holdings are listed below main entry and designated by "-").

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Steven J. McAuliffe**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544